UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**FILED**

2006 SEP 18 P 12:54

NEW HAVEN, CONNECTICUT

U.S. DISTRICT COURT
BRIDGEPORT, CONN

United States of America     :
                     :

                          :

                          :

                          : Docket No. 3:99CR46 (JCH)

           v.                :

                          :

John Bonacci, Jr.           :

                          :

## POST-JUDGMENT STIPULATION

Whereas, on January 11, 2000 criminal judgment was entered against the defendant, John Bonacci, Jr., for the sum of $61,894.00; and

Whereas, the Government and the defendant, John Bonacci, Jr., now desire to stipulate to a schedule for the payment of the judgment;

Therefore, it is hereby agreed by the Government and John Bonacci, Jr. and ORDERED by this Court that:

1. John Bonacci, Jr. shall make monthly payments of $25.00, on the **15th** day of each and every month commencing on **September 15, 2006.**

2. Payments shall be made payable to "Clerk, United States District Court" and mailed to: Clerk's Office, United Stated District Court, 915 Lafayette Boulevard, Bridgeport, Connecticut 06604. Checks must reference the above docket number.

3.   The current balance of John Bonacci, Jr.'s criminal debt as of August 10, 2006 is $86,048.43.

4.   John Bonacci, Jr. agrees to complete a financial statement upon the Government's request.

5.   The amount of the monthly payment may be modified by the mutual agreement of the parties or on motion of either party after consideration of John Bonacci, Jr.'s financial circumstances.

6.   John Bonacci, Jr.'s failure to comply with the payment schedule set forth in Paragraph 1 above shall entitle to Government to declare the entire balance due immediately and shall further entitle the Government to collect upon this judgment in any manner provided by law, without notice.

7.   In addition to regular monthly payments, in accordance with Paragraph 1, the Government may submit the debt to Treasury for inclusion in the Treasury Offset Program.  Under this program, any federal payment to which John Bonacci, Jr. is entitled may be offset and applied to this debt.

8.   The Government further reserves the right to secure the amount of the judgment at any time by filing a lien on any

property owned by the defendant.

9.   Nothing in this agreement shall limit the right of the Government to utilize any collection remedy allowed by law to seize and liquidate any asset in which John Bonacci, Jr. has an ownership interest.

Entry of the foregoing stipulation is consented to by:


For the Government:

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

DATED: **9-14-06**

CHRISTINE SCIARRINO
ATTORNEY BAR NO: CT03393
ATTORNEY FOR THE DEPARTMENT OF JUSTICE
UNITED STATES ATTORNEY'S OFFICE
157 CHURCH STREET, 23RD FLOOR
NEW HAVEN, CT  06510
TELEPHONE: (203) 821-3700
FAX: (203) 773-5392
E-MAIL: CHRISTINE.SCIARRINO@USDOJ.GOV


For the Defendant:

DATED: **9/12/06**

JOHN BONACCI, JR.
BRIDGEPORT, CONNECTICUT 06606



APPROVED and SO ORDERED this 21st day of Sept

2006 at Bridgeport, Connecticut.

FILED
2006 SEP 21 - 4:01
U.S. DISTRICT COURT
BRIDGEPORT

JANET C. HALL
UNITED STATES DISTRICT JUDGE


-4-